# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| S3G TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LULULEMON USA INC.,<br><br>    Defendant. | Case No. 2:22-cv-220-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND STAY OF ALL DEADLINES

Plaintiff S3G Technology LLC ("S3G") and Defendant lululemon USA, Inc. ("lululemon") notified the Court that they had reached a settlement in principle to resolve the claims asserted in this case between them and asked the Court to stay all deadlines for thirty (30) days. The Court granted that request and stayed all deadlines until January 22, 2023 [ECF 30].

The Parties are still finalizing the provisions of the settlement agreement and hereby jointly request the Court stay all deadlines for an additional twenty-one (21) days so that appropriate dismissal papers may be submitted upon execution of the settlement agreement. S3G and lululemon anticipate filing a stipulation of dismissal within 21 days.

Dated: January 22, 2023           Respectfully Submitted,

By: */s/ Douglas F. Stewart*
Douglas F. Stewart
WA State Bar # 34068
Bracewell LLP
701 5th Avenue, Suite 3420
Seattle, WA 98104
Telephone: (206) 204-6200
Facsimile: (800) 404-3970

doug.stewart@bracewell.com

David J. Ball
NY State Bar # 4315099
Bracewell LLP
31 W 52nd Street, Suite 1900
New York, NY 10019-0019
Telephone: (212) 508-6100
Facsimile: (800) 404-3970
david.ball@bracewell.com

Kyle A. Mason
Texas State Bar No. 24116728
Bracewell LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2781
Telephone: (713) 223-2300
Facsimile: (800) 404-3970
tim.geiger@bracewell.com
kyle.mason@bracewell.com

*Attorneys for Defendant lululemon usa inc.*


By: */s/ Gregory S. Cordrey*
Stanley M. Gibson
Gregory S. Cordrey
Jessica P.G. Newman
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
E-mail:  smg@jmbm.com
E-mail:  gxc@jmbm.com
E-mail:  jxn@jmbm.com

Charles Ainsworth
State Bar No.  00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687

-2-

-3-

        E-mail: charley@pbatyler.com
        E-mail: rcbunt@pbatyler.com

*Counsel for Plaintiff S3G Technology LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

By:   */s/ Douglas F. Stewart*
       Douglas F. Stewart

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), counsel for the Parties met and conferred via email on January 20, 2023. The parties are filing the above motion as joint.

By:   */s/ Douglas F. Stewart*